HYMAN J. LEVY, Respondent. THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. SAMUEL URIS, Respondent.— Determinations modified in accordance with the facts as indicated in the opinion of the Municipal Court, to wit, that the rents of each of the apartments affected by these appeals should be increased at the rate of sixty-four dollars and sixty cents per year, and as so modified affirmed, without costs. No opinion. Settle orders on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THEODORE KOVER and Another, Copartners, etc., Appellants, v. MATILDA JACOBS, Individually and as Executrix, etc., of EDWARD JACOBS, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

FRITZ PETZHOLDT, Respondent, v. VANDEWEGHE FUR COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McAULIFFE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

W. R. GRACE & COMPANY, Respondent, v. HUGO JABURG and Others, Individually and as Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MORRIS CHERNUCHIN, Doing Business under the Firm Name and Style of THE STAR SODA WATER APPARATUS COMPANY, Respondent, v. BENJAMIN BARKIN, INC., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELIZABETH C. KELLY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN M. LARSEN, Appellant, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BEVERLY D. HARRIS, Respondent, v. ELEANOR E. L. HARRIS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BEVERLY D. HARRIS, Respondent, v. ELEANOR E. L. HARRIS, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

INTERSTATE ICE AND POWER CORPORATION, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LEONARD OBY, an Infant, by HANNAH OBY, His Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,143.10, in which event the judgment as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM L. WOODWARD, Respondent, v. EDWIN A. STEVENS, JR., and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.